**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER KIRI ROBERTS | ) | Case No. 1:12-cv-01093-FJS-RFT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER FOR** |
| | ) | **DISMISSAL WITH** |
| CEDAR FINANCIAL | ) | **PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER came before the Court on the Joint Motion to Dismiss with Prejudice filed by Plaintiff and Defendant. The Court notes that the parties have advised the Court that this matter has been settled. Accordingly, the Court finds that the motion should be approved.

IT IS THEREFORE ORDERED that all claims that Plaintiff, Christopher Kiri Roberts, brought or could have brought in this action against Defendant, Cedar Financial, its past and present directors, officers, employees and agents be and hereby are dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs and attorneys fees incurred in this action.

SO ORDERED.

March 27, 2013
Syracuse, New York

_____
Honorable Frederick J Scullin Jr.
UNITED STATES DISTRICT JUDGE